ELLEN MEDLIN RICHMOND (SBN 277266)
WILLIAM J. COOPER (SBN 304524)
erichmond@conradmetlitzky.com
wcooper@conradmetlitzky.com
**CONRAD & METLITZKY LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: 415-343-7100
Fax: 415-343-7101

Attorneys for Plaintiff Sierra Club

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, | No. 19-cv-02838 JSC |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER CHANGING TIME** |
| UNITED STATES DEPARTMENT OF INTERIOR, | |
| Defendant. | |

      Plaintiff Sierra Club and Defendant U.S. Department of Interior, through undersigned counsel, hereby stipulate, pursuant to Local Rule 6-1(b), to extend the deadline for the filing of the parties' joint case management statement to **August 27, 2019**, two days before the August 29, 2019 case management conference, as follows:

      1.    In *Sierra Club v. U.S. Dep't of Interior*, case number 18-cv-00797-JSC, which is related to this case (*see* Dkt. No. 9), the Court has routinely ordered the parties to file joint status reports two days before each scheduled status conference.

      2.    On July 12, 2019, following the July 11 status conference in case number 18-cv-00797-JSC, the Court entered an order setting the deadline for the next joint case management statement in that case to be served on August 22, 2019, one week before the August 29, 2019 status conference. The Court entered a similar order in this case setting August 22 as the deadline for the parties' initial case management statement. (Dkt. No. 10.)

      3.    In accordance with the past practice of the parties and Court in the related case, no. 18-cv-00797-JSC, the parties agree to extend, and respectfully request that the Court extend, the deadline for the joint case management statement now due on August 22 to **August 27, 2019**. The extended deadline will (1) allow the parties to continue ongoing meet-and-confer discussions about the outstanding issues in advance of the status conference; (2) allow Sierra Club more time to review produced documents before the conference; and (3) provide the Court with a more current update of the status of the cases.

      4.    The Parties further agree, and respectfully request that the Court order, that for purposes of efficiency, the parties may file a single joint status report for this case and the related case (*Sierra Club v. U.S. Dep't of Interior*, case no. 18-cv-00797-JSC) rather than a separate case management statement in the new case, and may do so at all future status conferences for these two cases unless otherwise directed by the Court.

//

//

//

1   IT IS SO STIPULATED.

2

3   DATED: August 15, 2019                    CONRAD & METLITZKY LLP

4
                                              */s/ Ellen M. Richmond*
5                                             ELLEN M. RICHMOND
                                              Attorneys for Plaintiff
6

7   DATED: August 15, 2019                    DAVID L. ANDERSON
                                              United States Attorney
8
                                              */s/ James A. Scharf*
9                                             JAMES A. SCHARF
                                              Assistant United States Attorney
10                                            Attorneys for Defendant

# ~~[PROPOSED]~~ ORDER RELATING CASES

All Parties have stipulated to extend the deadline for the case management statement, currently due August 22, 2019 (Dkt. No. 10), to **August 27, 2019**.  The Parties have further stipulated that for purposes of efficiency, the parties may file a single joint status report for this case and the related case (*Sierra Club v. U.S. Dep't of Interior*, case no. 18-cv-00797-JSC) rather than a separate case management statement in the new case, and may do so at all future status conferences for these two cases unless otherwise directed by the Court.

Having considered the parties' stipulation, and good cause appearing therefor, the deadline for the status conference statement, currently due August 22, 2019, is extended to **August 27, 2019**.  The parties may file a single joint status report for this case and the related case (*Sierra Club v. U.S. Dep't of Interior*, case no. 18-cv-00797-JSC) at this and all future status conferences for these two cases unless otherwise directed by the Court

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   August 16        , 2019

_____
HON. JACQUELINE SCOTT CORLEY

## ECF FILER'S ATTESTATION

I, Ellen Richmond, am the ECF user whose identification and password are being used to file this document. I hereby attest that concurrence in the filing of the document has been obtained from each of the signatories hereto.

Dated: August 15, 2019                    */s/ Ellen M. Richmond*
                                          Ellen M. Richmond